✓ # 1011    # 128234

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 JAN 19 PM 4:01
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:

ANTHONY W. MAKLEY
KAY J. MAKLEY

\* CASE NO. 08-30411-S
\*
\* JUDGE RICHARD L. SPEER
\*
\* William L. Swope, Esq.
\* 221 South Main Street
\* Findlay, OH 45840
\* (419) 422-0288
\*
\* Sup. Ct. #0029538

TRANSMITTAL OF UNCLAIMED FUNDS

William L. Swope, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the person(s) to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 1009 | GE Consumer Finance<br>For GE Money Bank<br>dba BOMBARDIER<br>PO Box 530912<br>Atlanta GA 30353-0912 | $ 61.98 |
| | | $ 61.98 |

2. Your trustee's check for $61.98 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: January 14, 2010

William L. Swope
Trustee